### No. 2,382.
### ABERDING *v.* MACHAM.

RHODES, C. J., delivered the opinion of the Court, TEMPLE, J., WALLACE, J., and SPRAGUE, J., concurring:

Upon the authority of the People, *ex. rel.* San Francisco *v.* County Judge of San Francisco, decided at the present term, writ dismissed.